COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Jeff Fisher, Individually and Derivatively through Blavesco, Limited, Independence Construction & Financing Co., 1776 American Properties IV, L.L.C., 1776 American Properties V, L.L.C., 1776 American Properties VI, L.L.C., 1776 American Properties VII, L.L.C., 1776 American Properties IX, L.L.C., 1776 American Properties X, L.L.C., 1776 American Properties XI L.L.C., 1776 American Properties XII, L.L.C., 1776 American Properties XIII, L.L.C., Staunton Street Partners, L.L.C, APRF SP1-1, L.L.C., Hazelwood Management Services, L.L.C., Arica Lane, L.L.C., Austin Road Partners, L.L.C., Hazelwood Brownstone, L.L.C., Highridge Management Services, L.L.C., High Ridge Beltway 8 Management Services, L.L.C., Reims Holding, L.L.C., Rybar Holdings, L.L.C. and Worldwide Property Group, Inc. v. Heather Carlile, Individually and on behalf of Blavesco Limited

Appellate case number: 01-16-00615-CV

Trial court case number: 2016-39514

Trial court: 11th District Court of Harris County

On July 18, 2016, appellants filed their notice of appeal of the trial court's order granting a temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(4) (West Supp. 2016); TEX. R. APP. P. 26.1(b). On September 28, 2016, appellant, Jeff Fisher, filed a notice of appeal of the trial court's order denying his application to compel arbitration and stay proceedings. *See* TEX. CIV. PRAC. & REM. CODE §§ 51.016 (West 2015), 171.098 (West 2011); TEX. R. APP. P. 26.1(b). These appeals are proceeding as one appeal under the same docket number, 01-16-00615-CV. *See* TEX. R. APP. P. 12.1, 12.2 (a), (c).

Appellants have filed a "Motion to Consolidate and Motion to Extend Time to File Brief," requesting that the appeal "go forward with one briefing schedule" and the time to file their "consolidated brief" be extended to November 2, 2016. The motions are **granted**.

Appellants' brief in this appeal is due to be filed no later than November 2, 2016. *See* TEX. R. APP. P. 34.1, 38.6(a), (d).

It is so ORDERED.


Judge's signature:  /s/ Russell Lloyd
                    ☒  Acting individually

Date:  November 1, 2016